# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

ROSS GOOD,                                        Civil No. 10-1662 (JRT/JJG)

           Plaintiff,

v.                                                **ORDER**

U.S. BANK, NATIONAL ASSOCIATION,

           Defendant.

---

Brant Penney, **REINHARDT WENDORF & BLANCHFIELD**, 332 Minnesota Street, Suite E-1250, St. Paul, MN 55101, for plaintiff.

Aaron Van Oort and Jana Gaffaney, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on June 23, 2010 [Docket No. 20].

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED WITH PREJUDICE** and without taxation of costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 24, 2010
at Minneapolis, Minnesota                         s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                           United States District Judge